UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SARAH PERATA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.  21-cv-02819-SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

PURSUANT TO CIVIL L.R. 72-1, IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 15, 2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
United States Senior District Judge