PAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

FERNANDO EDWARDS
        Plaintiff(s),
V.
THERMIGEN LLC, et al
        Defendant(s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 4:21-cv-01828-SBA

Notice is hereby given that, subject to approval by the court, FERNANDO EDWARDS substitutes
        (Party (s) Name)
RONI ROTHOLZ , State Bar No. 92448 as counsel of record in
(Name of New Attorney)

place of   FERNANDO EDWARDS, PRO SE
        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:   LAW OFFICE OF RONI ROTHOLZ
    Address:   1870 OLYMPIC BLVD SUITE 120, WALNUT CREEK, CA 94596
    Telephone:   (925) 932-0193     facsimile (925) 939-8434
    E-Mail (Optional):   rrotholz@aol.com

I consent to the above substitution.
Date: 3/30/2022
    Signature of Party

I consent to being substituted.
Date: 3/30/2022
    Signature of Former Attorney

I consent to the above substitution.
Date: 4/1/2022
    Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/15/2022         _RS_
        Judge

Richard Seebrog for Saundra B. Armstrong