BUCHALTER
A Professional Corporation
MATTHEW S. COVINGTON (SBN: 154429)
SAMUEL D. SAZER (SBN: 313037)
425 Market Street, Suite 2900
San Francisco, CA  94105-2491
Telephone: 415.227.0900
Fax: 415.227.0770
Email:     mcovington@buchalter.com
               ssazer@buchalter.com

MELCHIODE MARKS KING
GERALD A. MELCHIODE, *Admitted Pro Hac Vice*
BENJAMIN M. PRI-TAL, *Admitted Pro Hac Vice*
639 Loyola Ave., Ste. 2550
New Orleans, LA 70113
Tel: 504.336.2880
Email: gmelchiode@mmkfirm.com

Attorneys for Defendant Thermigen, LLC

**IT IS SO ORDERED AS MODIFIED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON DE EDWARDS, MD, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> THERMIGEN, LLC, <br><br> Defendant. | Case No. 3:21-cv-01828-JSC <br><br> **JOINT STIPULATION AND REQUEST TO CONDUCT HEARING BY ZOOM -SO ORDERED AS MODIFIED** <br><br> Date: 6/20/2024 <br> Time: 10:00 a.m. <br> Courtroom: 8 <br><br> Judge Jacqueline Scott Corley |

Pursuant to Paragraph A of this Court's Standing Order for Civil Cases, Defendant THERMIGEN, LLC ("Defendant") and Plaintiff SHARON DE EDWARDS ("Plaintiff"), by and through their counsel, hereby stipulate and jointly request that the Court permit the hearing on Plaintiff's Motion for Summary Judgment (ECF No. 95), currently set to occur on June 20, 2024, at 10:00 a.m. in Courtroom 8, to be conducted remotely via Zoom.  **- to be held at 9:00 a.m.**

DATED: June 7, 2024

BUCHALTER
A Professional Corporation

By: */s/ Samuel D. Sazer*
SAMUEL D. SAZER
MATT COVINGTON
Attorneys for Defendant Thermigen, LLC

DATED: June 7, 2024

LAW OFFICES OF RONI ROTHOLZ

By: */s/ Roni Rotholz*
RONI ROTHOLZ
Attorneys for Plaintiff Sharon de Edwards, MD